| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | STEPHANIE HAMILTON BORCHERS<br>Assistant U.S. Attorney |
| 3 | United States Courthouse<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |
| 6 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-MC-00006-LJO |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| 2003 BMW 745LI, LICENSE NUMBER: 5EUE994, VIN: WBAGN63463DR11218, | ) | |
| APPROXIMATELY $31,500.00 IN U.S. CURRENCY, and | ) | |
| APPROXIMATELY $25,000.00 IN U.S. CURRENCY, | ) | |
| Defendants. | ) | |

   It is hereby stipulated by and between the United States of America and Claimant Kulwant Lasher (hereafter "Claimant"), by and through his respective attorney, as follows:

   1.   On or about November 29, 2007, Claimant filed a claim, in the administrative forfeiture proceeding, with the Internal Revenue Service with respect to the 2003 BMW 745LI, License Number: 5EUE994, VIN: WBAGN63463DR11218 (hereafter "defendant vehicle"), approximately $31,500.00 in U.S. Currency, and approximately $25,000.00 in U.S. Currency (hereafter "defendant currency"), which were seized on or about October 18, 2007.

   2.   The Internal Revenue Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to

1  file a claim to the defendant vehicle and the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E),
2  and no person other than the Claimant has filed a claim to the defendant vehicle or defendant
3  currency as required by law in the administrative forfeiture proceeding.
4    3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for
5  forfeiture against the defendant vehicle and defendant currency and/or to obtain an indictment
6  alleging that the defendant vehicle and defendant currency are subject to forfeiture within 90 days
7  after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the
8  deadline for good cause shown or by agreement of the parties.
9    4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to
10 April 2, 2008, the time in which the United States is required to file a civil complaint for forfeiture
11 against the defendant vehicle and defendant currency and/or to obtain an indictment alleging that the
12 defendant vehicle and defendant currency are subject to forfeiture.
13   5. Accordingly, the parties agree that the deadline by which the United States shall be
14 required to file a complaint for forfeiture against the defendant vehicle and defendant currency and/or
15 to obtain an indictment alleging that the defendant vehicle and defendant currency are subject to
16 forfeiture shall be extended to April 2, 2008.

17 Dated: February 28, 2008    McGREGOR W. SCOTT
             United States Attorney

19              /s/ Stephanie Hamilton Borchers
             STEPHANIE HAMILTON BORCHERS
20              Assistant United States Attorney

22 Dated: February 28, 2008    /s/ Anthony P. Capozzi
             ANTHONY P. CAPOZZI
23              Attorney for Claimant Kulwant Lasher

25   IT IS SO ORDERED.

26 **Dated: March 19, 2008**    /s/ Lawrence J. O'Neill
             UNITED STATES DISTRICT JUDGE