McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-MC-00006-LJO |
| Plaintiff, ) | |
| v. ) | **DISMISSAL ORDER** |
| 2003 BMW 745LI, ) VIN: WBAGN63463DR11218, LICENSE ) NUMBER: 5EUE994; ) | |
| APPROXIMATELY $31,500.00 IN U.S. ) CURRENCY; and, ) | |
| APPROXIMATELY $25,000.00 IN U.S. ) CURRENCY, ) | |
| Defendants. ) | |

The above-captioned miscellaneous case number has been replaced by a permanent civil case number pursuant to the filing of a Verified Complaint for Forfeiture *In Rem, United States v. 2003 BMW 745LI, VIN: WBAGN63463DR11218, License Number: 5EUE994, et al.*, 1:08-CV-00461-AWI-GSA.  Accordingly, the miscellaneous case is dismissed.

IT IS SO ORDERED.

**Dated:   April 2, 2008**              /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE